UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS LEON RUSK,

             Petitioner,

  v.

CHRIS DOSCOTCH,

             Respondent.

CASE NO. C25-2118 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation(R&R), Dkt. 7, recommending the Court dismiss pro se petitioner Nicholas Rusk's § 2254 habeas petition, deny a certificate of appealability, and dismiss the case. Rusk appears to be a pretrial detainee in Tazwell County, Illinois. *Id*. at 2. The R&R correctly concludes that § 2254 habeas relief applies to post-conviction detainees, and that any habeas petition must be filed in the district of physical confinement. There is no apparent connection to this District.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must

ORDER - 1

1  modify or set aside any portion of the order that is clearly erroneous or contrary to law.
2  Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended
3  disposition; receive further evidence; or return the matter to the magistrate judge with
4  instructions. Fed. R. Civ. P. 72(b)(3).

5      The Court must "review the Magistrate Judge's findings and recommendations de
6  novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d
7  1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific
8  written objections to the proposed findings and recommendations." Fed. R. Civ. P.
9  72(b)(2).

10      Rusk has not objected to the R&R, and it is neither clearly erroneous nor contrary
11  to law. The R&R is **ADOPTED**. Rusk's application to proceed *in forma pauperis* is
12  **DENIED**, his habeas petition is **DENIED**, and the case is **DISMISSED**. The Court will
13  not issue a Certificate of appealability under §2253(c).

14      The Clerk shall enter a **JUDGMENT** and close the case.

15      **IT IS SO ORDERED**.

16      Dated this 17th day of December, 2025.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge